| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Michael P. Scarber |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 19-58075-mar |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Bosco Credit II, LLC

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 2 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 2/27/20: Proof of Claim $950, 410A Prep $250 | (5) | $ 1,200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: 1/17/20 | Objection to Confirmation | (11) | $ 550.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

19-58075-mar    Doc 37    Filed 04/09/20    Entered 04/09/20 13:43:02    Page 1 of 5

| Debtor 1 | Michael P. Scarber | Case number (*if known*) 19-58075-mar |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
  Signature

Date 4 / 9 / 2020

Print: **Molly Slutsky Simons**
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number   Street
Loveland, OH 45140
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

Franklin Credit
Management Corp

101 Hudson Street #25
Floor
Jersey City, NJ 07302

Re: SCARBER, MICHAEL
11932 CHAMPAIGN AVE
, MI MI

Loan #:
Loan Type: nal
Inv. ID / Cat. ID: N/A / N/A
Cost Center:
CONV Case No:
GSE Code:
GSE REO Rem. Code:

Original Mortgage Amount: $0.00
Litigation Status Code:
Man Code:

BK Case No: 19-58075
BK Chapter: 13

Invoice #:
Invoice Status: Check Requested
Input By: Jeff Rickman

Date Submitted: 1/23/2020
Invoice Date: 1/23/2020
Vendor Ref #:
Vendor Code: SOTTILE
Payee Code: Sottile Bari
Type: Non Judicial

Referral Date: 1/16/2020

Acquisition Date:
Paid in Full Date: N/A
Foreclosure Removal N/A
HiType
Class Code

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 1/23/2020 | 3/26/2020 | 3/26/2020 | | 3/26/2020 | 3/26/2020 | |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | | 01/17/2020 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |

Note:

| | | | |
|---|---|---|---|
| | $550.00 | $0.00 | $550.00 |

**Total:** $550.00 $0.00 $550.00

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

Franklin Credit
Management Corp

101 Hudson Street #25
Floor
Jersey City, NJ 07302

Re: SCARBER, MICHAEL
11932 CHAMPAIGN AVE
MI MI

Loan #:
Loan Type: al
Inv. ID / Cat. ID: N/A / N/A
Cost Center:
CONV Case No:
GSE Code:
GSE REO Rem. Code:

Original Mortgage Amount: $0.00
Litigation Status Code:
Man Code:

BK Case No: 19-58075
BK Chapter: 13

Invoice #:
Invoice Status: Check Requested
Input By: Jessy Engel

Date Submitted: 2/27/2020
Invoice Date: 2/27/2020
Vendor Ref #:
Vendor Code: SOTTILE
Payee Code: Sottile Bari
Type: Non Judicial
Referral Date: 1/3/2020

Acquisition Date:
Paid in Full Date: N/A
Foreclosure Removal N/A
HiType
Class Code

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 2/27/2020 | 3/26/2020 | 3/26/2020 | | 3/26/2020 | 3/26/2020 | |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 02/27/2020 | 1 | $950.00 | $950.00 | $0.00 | $950.00 |
| Note: | | | | | | | |
| Attorney Fees - Bankruptcy Fee | | 02/27/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| Note: | | | | | | | |
| | | | | | $1,200.00 | $0.00 | $1,200.00 |

Total: $1,200.00 $0.00 $1,200.00

**Invoice Level Exceptions**
None

**Invoice Level Comment**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 19-58075-mar |
| Michael P. Scarber | Chapter 13 |
| Debtor. | Judge Mark A. Randon |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Postpetition Fees, Expenses, and Charges has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on April 9, 2020 to the following:

Michael P. Scarber, Debtor
11932 Champaign
Warren, MI 48089

Ethan D. Dunn, Debtor's Counsel
bankruptcy@maxwelldunnlaw.com

Krispen S. Carroll, Trustee
notice@det13ksc.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                        Respectfully Submitted,

                                        /s/ Molly Slutsky Simons
                                        Molly Slutsky Simons (OH 0083702)
                                        Sottile & Barile, Attorneys at Law
                                        394 Wards Corner Road, Suite 180
                                        Loveland, OH 45140
                                        Phone: 513.444.4100
                                        Email: bankruptcy@sottileandbarile.com
                                        Attorney for Creditor