UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: MICHAEL P SCARBER | CASE NO: 19-58075<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 51 |

On 10/29/2020, I did cause a copy of the following documents, described below,

Debtor's Amended Chapter 13 Plan Pre-Confirmation ECF Docket Reference No. 51

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/29/2020

/s/ Ethan Dunn
Ethan Dunn  P69665
Maxwell Dunn Law, PLLC
24725 W. 12 Mile Road
Southfield, MI  48034
248 246 1166

| | |
|---|---|
| IN RE: MICHAEL P SCARBER | CASE NO: 19-58075 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 51 |

On 10/29/2020, a copy of the following documents, described below,

Debtor's Amended Chapter 13 Plan Pre-Confirmation ECF Docket Reference No. 51

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/29/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ethan Dunn
Maxwell Dunn Law, PLLC
24725 W. 12 Mile Road
Southfield, MI  48034

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO<br>  LABEL MATRIX FOR LOCAL NOTICING<br>06452<br>CASE 19-58075-MAR<br>EASTERN DISTRICT OF MICHIGAN<br>DETROIT<br>THU OCT 29 11-34-57 EDT 2020 | AFSAMERIFINANCIAL SOLUTIONS LLC<br>PO BOX 65018<br>BALTIMORE MD 21264-5018 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| --- | --- | --- |
| KRISPEN S CARROLL<br>719 GRISWOLD<br>SUITE 1100<br>DETROIT MI 48226-3314 | DTE ENERGY<br>ONE ENERGY PLAZA<br>WCB 735<br>DETROIT MI 48226-1221 | DATASEARCH INC<br>1802 NE LOOP 410 SUITE 400<br>SAN ANTONIO TX 78217-5221 |
| DATASEARCH INC<br>ATTEN BANKRUPTCY DEPT<br>85 NE INTERSTATE LOOP 410 STE 575<br>SAN ANTONIO TX 78217 | ETHAN D DUNN<br>MAXWELL DUNN PLC<br>24725 W 12 MILE RD<br>SUITE 306<br>SOUTHFIELD MI 48034-8300 | SCOTT A GIES<br>MAXWELL DUNN LAW<br>24725 W 12 MILE<br>SUITE 306<br>SOUTHFIELD MI 48034-8300 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MERCURYFBT<br>1415 WARM SPRINGS RD<br>COLUMBUS GA 31904-8366 | MERCURYFBT<br>ATTN BANKRUPTCY<br>PO BOX 84064<br>COLUMBUS GA 31908-4064 |
| MICHIGAN DEPARTMENT OF TREASURY<br>BANKRUPTCY UNIT<br>PO BOX 30168<br>LANSING MI 48909 | MR COOPER<br>350 HIGHLAND<br>HOUSTON TX 77009-6623 | MR COOPER<br>ATTN BANKRUPTCY<br>8950 CYPRESS WATERS BLVD<br>COPPELL TX 75019-4620 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | REGIONAL ACCEPTANCE CORP<br>1424 E FIRE TOWER ROAD<br>GREENVILLE NC 27858-4105 | REGIONAL ACCEPTANCE CORP<br>ATTN BANKRUPTCY<br>PO BOX 580075<br>CHARLOTTE NC 28258-0075 |
| REGIONAL ACCEPTANCE CORPORATION<br>PO BOX 1847<br>WILSON NC 27894-1847 | DEBTOR<br>MICHAEL P SCARBER<br>11932 CHAMPAIGN<br>WARREN MI 48089-4605 | MOLLY SLUTSKY SIMONS<br>394 WARDS CORNER RD<br>SUITE 180<br>LOVELAND OH 45140-8362 |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>PO BOX 30199<br>LANSING MI 48909-7699 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | TARGET<br>ATTN BANKRUPTCY<br>PO BOX 9475<br>MINNEAPOLIS MN 55440-9475 |
| TARGET<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | US BANK NATIONAL ASSOCIATION<br>NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>BANKRUPTCY DEPT<br>PO BOX 619096<br>DALLAS TX 75261-9096 | UNITED STATES ATTORNEYS OFFICE<br>CIVIL DIVISION   IRS<br>211 W FORT ST<br>SUITE 2001<br>DETROIT MI 48226-3220 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
WILMINGTON SAVINGS FUND SOCIETY FSB      WILMINGTON SAVINGS FUNDS SOCIETY
CO FRANKLIN CREDIT MANAGEMENT CORP       CO FRANKLIN CREDIT MANAGEMENT CORP
PO BOX 2301                              PO BOX 2301
JERSEY CITY NJ 07303-2301                JERSEY CITY NJ 07303-2301
```